IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WENDELL MONTRELL HAYES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-22-879-SLP |
| ) | |
| SCOTT CROW, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered on November 15, 2022 [Doc. No. 6]. Judge Erwin recommends denial of the Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 5] and dismissal of this action unless Petitioner pays the $5.00 filing fee. A review of the Court's docket reveals Petitioner paid the $5.00 filing fee on December 1, 2022. Therefore, the Court adopts the Report and Recommendation and re-refers the matter to the Magistrate Judge for further proceedings.

IT IS SO ORDERED this 14th day of December, 2022.

*[signature]*
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE